UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROSEANNE CLEMENTE,

    Petitioner,

-vs-                                            Case No. 8:11-CV-1105-T-27TGW

GRADY JUDD, SHERIFF,
POLK COUNTY, FLORIDA,

    Respondent.
_____/

## ORDER

Before the Court is Petitioner's "Emergency Motion for Help/Earlier Response Time" (Dkt. 13) in which it appears that Petitioner requests the Court direct Respondent to respond to her petition for writ of habeas corpus before the August 13, 2011 deadline (see Dkt. 8), call Respondent and request he credit her sentence with 15 days she spent in jail in Michigan waiting extradition to Florida, and call the "Detroit, Michigan jail" and request (unspecified) documentation be sent via facsimile to Judge William Smith at the Polk County, Florida, courthouse.

At this time, the Court does not have a response from Respondent, nor sufficient grounds to grant Petitioner the relief she seeks in her petition. Further, the August 13, 2011 deadline gives Respondent a reasonable amount of time to file a response to the petition.

Accordingly, the Court **ORDERS** that Petitioner's "Emergency Motion for

Help/Earlier Response Time" (Dkt. 13) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida, on July 8, 2011.

THOMAS G. WILSON
United States Magistrate Judge

SA:sfc
Copy furnished to:
*Pro Se* Petitioner
Counsel of Record

2